```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 15676
    ROSE M BAHREY
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-1641
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/29/07 and confirmed on 11/06/07.

   2.  The case was dismissed after confirmation, 09/18/2008.

   3.  The Debtor paid a total of $   3949.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CARRINGTON MORTGAGE SERV | CURRENT MORTG | .00 | .00 | .00 |
| CARRINGTON MORTGAGE SERV | MORTGAGE ARRE | 2252.48 | .00 | 2252.48 |
| ASSET ACCEPTANCE CORP | UNSECURED | 587.71 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 21762.83 | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1315.72 | .00 | .00 |
| JJ MARSHALL & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1686.57 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 779.86 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1285.16 | .00 | .00 |
| MIDLAND FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 599.31 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3994.98 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5709.75 | .00 | .00 |
| PRA III | UNSECURED | NOT FILED | .00 | .00 |
| UNIFUND CCR PARTNERS | UNSECURED | 1190.54 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1028.91 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 488.54 | .00 | .00 |

           Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2252.48 | .00 | 40429.88 | .00 | 42682.36 |
| PRINCIPAL PAID | 2252.48 | .00 | .00 | .00 | 2252.48 |

```
INTEREST PAID                        .00         .00          .00          .00          .00
TOTAL PAID                       2252.48         .00          .00          .00      2252.48
```

The Debtor's attorney, C DAVID WARD                   , was allowed $   3500.00
and was paid $   2000.00  direct and $   1500.00  through the plan.

The Trustee received $    196.52 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                         /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE












                                PAGE   2
        CASE NO. 07 B 15676 ROSE M BAHREY